PROB 12B
(7/93)

Report Date: August 15, 2011

# United States District Court

for the

Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 6 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Anthony Jacob Wheeler | Case Number: 2:02CR06048-001 |
| Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen | |
| Date of Original Sentence: 1/22/2003 | Type of Supervision: Supervised Release |
| Original Offense: Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) & 924(e) | Date Supervision Commenced: Not yet started |
| Original Sentence: Prison - 120 Months; TSR - 24 Months | Date Supervision Expires: N/A |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Wheeler is schedule for release on August 30, 2011. Mr. Wheeler has no residence to which he go to after his release from BOP custody. A 6 month term at the residential reentry facility will allow him to find a suitable release residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/15/2011

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re: Wheeler, Anthony Jacob
August 15, 2011
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____8/18/11_____
Date

FC

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

14   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: *Ralph J Holloway*
R. Holloway
Case Manager
FDC Seatac, WA
8/8/2011

Signed: *Anthony J Wheeler*
Anthony Jacob Wheeler
Probationer or Supervised Releasee

8-8-11
Date